UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.    1:20-cr-00136-RLY-TAB |
| | ) | |
| WOODROW TAYLOR, | ) | - 01 |
| | ) | |
| Defendant. | ) | |

## **REPORT AND RECOMMENDATION**

On August 10, 2026, the Parties appeared for an Initial Hearing on the Petition for Warrant or Summons for Offender under Supervised Release filed on June 26, 2026.  Defendant appeared in person and by Federal Community Defender counsel Gwen Beitz.  Government represented by Assistant United States Attorney Jayson McGrath.  U.S. Probation Office represented by Officer Travis Buehrer.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1.      The Court advised Defendant Taylor of his rights and ensured that he had a copy of the Petition.  Defendant Taylor orally waived his right to a preliminary hearing.

2.      The Parties asked to proceed with disposition.  Defendant was placed under oath and admitted to violation number 1 as amended on the record, and the Court found he violated the same.  Government orally moved to withdraw the remaining violations (2 through 4), which motion was granted by the Court.

3.      The violation to which Defendant admitted, as fully set forth in the Petition but amended at the hearing, are:

**Violation**
**Number**          **Nature of Noncompliance**

1                   **"You shall not commit another federal, state, or local crime."**

On June 24, 2026, Mr. Taylor was arrested by the Indianapolis Metropolitan Police Department.  He was ultimately convicted of the felony Possession of Cocaine in Marion County cause number 49D35-2606-F6-019337.

4.      The Parties stipulated that:

(a)     The highest grade of violation is a Grade B violation.

(b)     Defendant's criminal history category is VI.

(c)     The range of imprisonment applicable upon revocation of supervised release, therefore, is 21 to 24 months of imprisonment.

5.      Defendant was given an opportunity to make a statement on the record, and he chose to do so.  Counsel for each of the Parties argued for the proper disposition that counsel thought the Court should impose.  The Government argued for 21 months of imprisonment with one year of supervised release to follow.  Defendant's counsel argued for 8 months of imprisonment with one year of supervised release to follow.  Probation was heard.

6.      The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a) to the extent deemed appropriate by 18 U.S.C. § 3583(e), and as more fully set forth on the record, finds that the Defendant violated the conditions as admitted in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or designee for a period of 8 months in custody with 1 year of federal of supervised release to follow. The Magistrate Judge recommends placement close to Indianapolis but not in or around Terre Haute.  In addition to the mandatory conditions of supervision, the following conditions of supervised release will be imposed:

2

1. You shall report to the probation office in the federal judicial district to which you are released within 72 hours of release from the custody of the Bureau of Prisons.

2. You shall report to the probation officer in a manner and frequency directed by the court or probation officer.

3. You shall permit a probation officer to visit you at a reasonable time at home or another place where the officer may legitimately enter by right or consent, and shall permit confiscation of any contraband observed in plain view of the probation officer.

4. You shall not knowingly leave the federal judicial district where you are being supervised without the permission of the supervising court/probation officer.

5. You shall answer truthfully the inquiries by the probation officer, subject to your 5th Amendment privilege.

6. You shall not meet, communicate, or otherwise interact with a person you know to be engaged, or planning to be engaged, in criminal activity. You shall report any contact with persons you know to be convicted felons to your probation officer within 72 hours of the contact.

7. You shall reside at a location approved by the probation officer and shall notify the probation officer at least 72 hours prior to any planned change in place or circumstances of residence or employment (including, but not limited to, changes in who lives there, job positions, job responsibilities). When prior notification is not possible, you shall notify the probation officer within 72 hours of the change.

8. You shall not own, possess, or have access to a firearm, ammunition, destructive device or dangerous weapon.

9. You shall notify the probation officer within 72 hours of being arrested, charged, or questioned by a law enforcement officer.

10. You shall maintain lawful full time employment, unless excused by the probation officer for schooling, vocational training, or other reasons that prevent lawful employment.

11. You shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.

12. You shall make a good faith effort to follow instructions of the probation officer necessary to ensure compliance with the conditions of supervision.

JUSTIFICATION: Conditions 1 - 12 are administrative

13. You shall participate in a substance abuse or alcohol treatment program approved by the probation officer and abide by the rules and regulations of that program. The probation officer shall supervise your participation in the program (provider, location, modality, duration, intensity, etc.). The court authorizes the release of the presentence report and available evaluations to the treatment provider, as approved by the probation officer.

14. You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage.

15. You shall submit to substance abuse testing to determine if you have used a prohibited substance or to determine compliance with substance abuse treatment. Testing may include no more than 8 drug tests per month. You shall not attempt to obstruct or tamper with the testing methods.

16. You shall not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances (e.g., synthetic marijuana, bath salts, Spice, glue, etc.) that impair a person's physical or mental functioning, whether or not intended for human consumption.

17. You shall not use or possess alcohol.

JUSTIFICATION: Conditions 13 - 17 are to address and monitor the defendant's well documented history of substance abuse and to mitigate the danger to the community related to such use.

18. You shall submit to the search by the probation officer of your person, vehicle, office/business, residence, and property, including any computer systems and hardware or software systems, electronic devices, telephones, and Internet-enabled devices, including the data contained in any such items, whenever the probation officer has a reasonable suspicion that a violation of a condition of supervision or other unlawful conduct may have occurred or be underway involving you and that the area(s) to be searched may contain evidence of such violation or conduct. Other law enforcement may assist as necessary. You shall submit to the seizure of contraband found by the probation officer. You shall warn other occupants these locations may be subject to searches.

JUSTIFICATION: The defendant has a well-documented history of possession of illicit substances and firearms as well as continued criminal conduct while under supervision. Defendant reviewed the above noted conditions with his attorney.

The Parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties waived the fourteen-day period to object to the Report and Recommendation. Defendant Taylor is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

Date: 8/11/2026

Kellie M. Barr
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system

6